[No. 46978-9-I.   Division One.   May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. M.D.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-00485-2, James Bryan Street, J., entered June 19, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 47089-2-I.   Division One.   May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EMILY JO MULL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-01459-9, Dean Scott Lum, J., entered July 25, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47105-8-I.   Division One.   May 21, 2001.]

*In the Matter of* P.S.
P.S., *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-8-00818-7, Martha Gross and Charles R. Snyder, JJ. Pro Tem., entered July 28, 2000. *Vacated* by unpublished per curiam opinion.

[No. 47166-0-I.   Division One.   May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. T.N.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, 00-8-02694-5, Kimberly Prochnau, J. Pro Tem., entered August 11, 2000. *Affirmed* by unpublished per curiam opinion.